UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| TEVIN DOMINIQUE JONES, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A CIVIL CASE** |
| v. | ) | |
| | ) | **CASE NO. 4:18-CV-169-D** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) ) | |
| Defendant. | ) | |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R [D.E. 22], ADOPTS the conclusions in the M&R [D.E. 21], DENIES plaintiff's motion for judgment on the pleadings [D.E. 15], GRANTS defendant's motion for judgment on the pleadings [D.E. 18], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on January 21, 2020, and Copies To:**
Jonathan Howell Winstead                (via CM/ECF electronic notification)
Mark J. Goldenberg                       (via CM/ECF electronic notification)

DATE:                                    PETER A. MOORE, JR., CLERK
January 21, 2020                         (By) /s/ Nicole Sellers
                                         Deputy Clerk